# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0115
_____

MIGDALIA NIEVES,

    Appellant,

    v.

POLK COUNTY PUBLIC SCHOOLS
and JOHNS EASTERN COMPANY,
INC.,

    Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Robert A. Arthur, Judge.

Date of Accident: February 16, 2021.


October 29, 2025

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and M.K. THOMAS, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————

Thomas Warren Sculco and Shannon McLin of Florida Appeals, Orlando, and Stacy Ortiz of Morgan & Morgan Tampa P.A., Tampa, for Appellant.

Warren K. Sponsler and Vanessa Johnson of Sponsler, Johnson & Andrews, P.A., Tampa, for Appellees.